UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Mary Jane Wilkins and § <br> Walter Wilkins, § <br>         *Plaintiffs*, § <br>                   § <br>         v.          § <br>                   § <br> Alice Peck Day Memorial Hospital, § <br>         *Defendant*. § | Civil Action No. 1:09-cv-114 |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs Mary Jane Wilkins and Walter Wilkins hereby stipulate that the plaintiffs' claims against Alice Peck Day Memorial Hospital in this matter be dismissed with prejudice.

                                      Respectfully submitted,

                                      MARY JANE WILKINS and WALTER WILKINS

                                      By Their Attorneys,
                                      PLANTE & HANLEY, P.C.

DATED: June 17, 2010          By:   /s/ Michael F. Hanley, Esq.
                                            Michael F. Hanley, Esq. #15551
                                            82 Fogg Farm Road
                                            P.O. Box 368
                                            White River Junction, VT 05001
                                            (802)295-3151 X-102
                                            e-mail: MFHanley@PlanteHanley.Com

-2-

                                        ALICE PECK DAY MEMORIAL HOSPITAL

                                        By Its Attorneys,
                                        SULLOWAY & HOLLIS, P.L.L.C.

DATED: June 17, 2010            By:   /s/ W. Kirk Abbott, Jr., Esq. #295
                                                      W. Kirk Abbott, Jr., Esq. #295
                                                        9 Capitol Street
                                                        P.O. Box 1256
                                                        Concord, NH 03302-1256
                                                        (603)224-2341
                                                        e-mail: kabbott@sulloway.com

Law Offices of
Sulloway & Hollis, P.L.L.C.
Concord, N.H. 03302

{C0671850.1 }